### JACKSON v. THE STATE.

BECK, P. J. 1. The evidence was sufficient to authorize the verdict.

2. The question as to the admissibility of the evidence which the movant contends was obtained by illegal search and seizure, and therefore objectionable as being in violation of certain provisions of the State and Federal constitutions, has been settled by rulings of this court. See the cases of *Kennemer* v. *State*, 154 *Ga.* 139 (113 S. E. 551); *Calhoun* v. *State*, 144 *Ga.* 679 (87 S. E. 893), and cases there cited.

3. The request to review the cases of *Kennemer* v. *State* and *Calhoun* v. *State*, supra, was granted; but upon review this court declines to overrule those cases. *Lester* v. *State*, 155 *Ga.* 882 (118 S. E. 674).

*Judment affirmed. All the Justices concur.*

RUSSELL, C. J., specially concurring. I agree to the judgment of affirmance because, juridically, I am bound. Personally, I think the cases of *Calhoun* v. *State*, *Kennemer* v. *State*, and *Lester* v. *State*, and cases cited in those decisions, should be reviewed, and the decision of the Supreme Court of the United States should be followed as the law of highest authority under the constitution of Georgia.

No. 3734. OCTOBER 12, 1923.

Possessing intoxicating liquor. Before Judge Gunn. City court of Macon. April 12, 1923.

*John R. Cooper* and *W. O. Cooper Jr.*, for plaintiff in error.

*Roy W. Moore, solicitor,* contra.